B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Herbert H Taylor, Jr
Mary Warden Taylor , Case No. 20-12548

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Income Trust, a Delaware statutory trust
Name of Transferee

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Growth IV Trust, a Delaware statutory trust   Name of Transferor

Name and Address where notices to transferee should be sent:
FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809
Phone: 800-931-2424
Last Four Digits of Acct #: 7236

Court Claim # (if known): 4
Amount of Claim: $109,810.49
Date Claim Filed: 04/24/2020

Phone: 800-931-2424
Last Four Digits of Acct. #: 7236

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Services, Inc.
PO Box 28720
Anaheim Hills, CA 92809
Phone: 800-931-2424
Last Four Digits of Acct #: 7236

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/MarySue Edwards    Date: 03/16/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Recording Requested By:
Aspen Growth IV Trust, a Delaware Statutory Trust

When Recorded Mail To:
Aspen Growth IV Trust, a Delaware Statutory Trust
P.O. BOX 458
KIMBERLING CITY, MO, 65686

Loan #:
TS Ref

E-RECORDED
ID: 2023001546    1208    908
State: NJ
County: MERCER
Date: 01/13/2023
TS Ref #: 0011130000000749

## CORPORATE ASSIGNMENT OF MORTGAGE
NJ/MERCER

Assignment Prepared on: January 05, 2023

**Assignor: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST**, at 1221 W 103RD ST., #108, KANSAS CITY, MO, 64114

**Assignee: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN INCOME TRUST, A DELAWARE STATUTORY TRUST**, at 1221 W 103RD ST., #108, KANSAS CITY, MO, 64114

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 7/14/2006, in the amount of $75,000.00, executed by HERBERT H TAYLOR JR & MARY W TAYLOR to PNC BANK, NATIONAL ASSOCIATION. Recorded: 8/3/2006, Instrument #: RD 2006 043084, Book: 09554, Page: 0122, Recording #: CONTROL# 200608030079 in MERCER County, State of New Jersey.

The property is located in the Township of HOPEWELL.
Property Address: 5 TIMBERLANE DR, HOPEWELL TWP, NJ, 08534

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST
BY: ASPEN PROPERTIES GROUP, LLC, A MISSOURI LIMITED LIABILITY COMPANY
ITS: ADMINISTRATOR

On: January 05, 2023

By: _[signature]_
Name:  KALEENA OGO
Title:  ASSISTANT VICE PRESIDENT

State of MISSOURI
County of STONE

On January 05, 2023, before me, BILLIE BUSBEY, a Notary Public in and for STONE County, in the State of MISSOURI, personally appeared KALEENA OGO, ASSISTANT VICE PRESIDENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST BY: ASPEN PROPERTIES GROUP, LLC, A MISSOURI LIMITED LIABILITY COMPANY ITS: ADMINISTRATOR, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_[signature]_
BILLIE BUSBEY
Notary Expires: 9/14/2026 / #: 22950056

BILLIE BUSBEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 14, 2026
STONE COUNTY
COMMISSION #22950056

|  | **Mercer County**<br>**Document Summary Sheet** | | INSTR # 2023001546<br>A BK 1208 PG 908<br>RECORDED 01/13/2023 02:23:11 PM<br>PAULA SOLLAMI COVELLO, COUNTY CLERK<br>MERCER COUNTY, NEW JERSEY |
|---|---|---|---|
| MERCER COUNTY CLERK<br><br>MERCER COUNTY COURTHOUSE<br>209 SOUTH BROAD STREET<br>TRENTON NJ 08650 | | | **Official Use Only** |

| Transaction Identification Number | | 6495923 | 7896636 |
|---|---|---|---|
| **Submission Date**(mm/dd/yyyy) | 01/13/2023 | **Return Address** (for recorded documents) | |
| **No. of Pages** (excluding Summary Sheet) | 1 | RICHMOND MONROE GROUP INC | |
| **Recording Fee** (excluding transfer tax) | $46.00 | PO BOX 458 | |
| **Realty Transfer Tax** | $0.00 | KIMBERLING CITY, MO 65686 | |
| **Total Amount** | $46.00 | | |
| **Document Type** | ASSIGNMENT OF MORTGAGES | | |
| **Municipal Codes**<br>    HOPEWELL TOWNSHIP | HOT | | |
| **Batch Type**    L2 - LEVEL 2 (WITH IMAGES) | | | |
| 436538 | | | |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MERCER COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



# Mercer County
# Document Summary Sheet

| | Type | ASSIGNMENT OF MORTGAGES |
|---|---|---|
| **ASSIGNMENT OF MORTGAGES** | Consideration | |
| | Submitted By | RICHMOND MONROE GROUP INC (CSC/INGEO SYSTEMS INC) |
| | Document Date | 01/13/2023 |

| Reference Info | | | | |
|---|---|---|---|---|
| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| OR | 9554 | 0122 | 200608030079 | |

| MORTGAGOR | Name | Address |
|---|---|---|
| | HERBERT H TAYLOR JR | |
| | MARY W TAYLOR | |
| | WILMINGTON SAVINGS FUND SOCIETY FSB | |
| | ASPEN GROWTH IV TRUST A DELAWARE STATUTORY TRUST | |

| ASSIGNEE | Name | Address |
|---|---|---|
| | WILMINGTON SAVINGS FUND SOCIETY FSB | |
| | ASPEN INCOME TRUST A DELAWARE STATUTORY TRUST | |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MERCER COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

9236585_1M13D(9H38M16S670)/6495923 7896636     Page 2 of 2

CFN 2023001546 A DOC_TYPE ASN BK 1208 PG 909 PAGE 2 OF 3

Recording Requested By:
Aspen Growth IV Trust, a Delaware Statutory Trust

When Recorded Mail To:
Aspen Growth IV Trust, a Delaware Statutory Trust
P.O. BOX 458
KIMBERLING CITY, MO, 65686

Loan #:
TS Ref

## CORPORATE ASSIGNMENT OF MORTGAGE



NJ/MERCER

Assignment Prepared on: January 05, 2023

**Assignor: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST**, at 1221 W 103RD ST., #108, KANSAS CITY, MO, 64114

**Assignee: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN INCOME TRUST, A DELAWARE STATUTORY TRUST**, at 1221 W 103RD ST., #108, KANSAS CITY, MO, 64114

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 7/14/2006, in the amount of $75,000.00, executed by HERBERT H TAYLOR JR & MARY W TAYLOR to PNC BANK, NATIONAL ASSOCIATION. Recorded: 8/3/2006, Instrument #: RD 2006 043084, Book: 09554, Page: 0122, Recording #: CONTROL# 200608030079 in MERCER County, State of New Jersey.

The property is located in the Township of HOPEWELL.
Property Address: 5 TIMBERLANE DR, HOPEWELL TWP, NJ, 08534

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST
BY: ASPEN PROPERTIES GROUP, LLC, A MISSOURI LIMITED LIABILITY COMPANY
ITS: ADMINISTRATOR

On: January 05, 2023

By: *(signature)*
Name: KALEENA OGO
Title: ASSISTANT VICE PRESIDENT

State of MISSOURI
County of STONE

On January 05, 2023, before me, BILLIE BUSBEY, a Notary Public in and for STONE County, in the State of MISSOURI, personally appeared KALEENA OGO, ASSISTANT VICE PRESIDENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST BY: ASPEN PROPERTIES GROUP, LLC, A MISSOURI LIMITED LIABILITY COMPANY ITS: ADMINISTRATOR, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*(signature)*
BILLIE BUSBEY
Notary Expires: 9/14/2026 / #: 22950056

BILLIE BUSBEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 14, 2026
STONE COUNTY
COMMISSION #22950056

# ALLONGE TO THE NOTE



Loan Number:
Document Reference #:
Borrower: HERBERT H TAYLOR
Date of Note: 7/14/2006
Loan Amount: $75,000.00
Property Address: 5 TIMBERLANE DR, HOPEWELL TWP, NJ, 08534

For Value received, I hereby transfer, endorse and assign the within Note.

Pay to the order of:

**WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN INCOME TRUST, A DELAWARE STATUTORY TRUST**, Without recourse

**WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE ASPEN GROWTH IV TRUST, A DELAWARE STATUTORY TRUST
BY: ASPEN PROPERTIES GROUP, LLC, A MISSOURI LIMITED LIABILITY COMPANY
ITS: ADMINISTRATOR**

By: _____
Name: KALEENA OGO
Title: ASSISTANT VICE PRESIDENT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

In Re:  Herbert H Taylor, Jr               Case No.  20-12548-CMG
       Mary Warden Taylor

                                                    Chapter  13

             Debtor(s)

**CERTIFICATE OF SERVICE**

I,  MarySue Edwards , hereby certify that on  03/16/2023, a true and correct copy of  Transfer of Claim other than for Security  was served on the parties listed below via United States Postal Service first class mail, with adequate postage prepaid, or served electronically through the Court's ECF System at the email address registered with the Court on this Date:

                                          /s/MarySue Edwards
                                                   *[Signature]*
                                          Aspen Properties Group, LLC

                                          1221 W. 103rd Street, #108
                                                   *[Address]*
                                          Kansas City, MO 64114
                                              *[City/Town, State, Zip]*
                                          (800)326-5799 x104
                                                *[Telephone Number]*

Served via the Court's CM/ECF notification system:

Mark Kriegel on behalf of Debtor Herbert H Taylor, Jr.
mkriegel@kriegellaw.com

Mark Kriegel on behalf of Joint Debtor Mary Warden Taylor
mkriegel@kriegellaw.com

Albert Russo
docs@russotrustee.com

US Trustee
USTPRegion03.NE.ECF@usdoj.gov

Matthew Siti on behalf of Creditor Aspen Properties Group, LLC as Trustee of AG4 Revocable Trust
msiti@leopoldassociates.com; LeopoldAssociatesNJX6426@projects.filevine.come;
jmilanese@leopoldassociates.com; sleopold@leopoldassociates.com;